# Court of Appeals
# of the State of Georgia

ATLANTA,  December 18, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1907.  LINDSEY JO HANVEY v. DALTON WILLIAM WHEELER.

This Court is aware of an Order to Vacate and Set Aside entered at the trial court level after the docketing of this appeal.  On November 2, 2017, this Court ordered Appellant and Appellee to brief this Court within ten (10) days as to whether this matter has been resolved and/or whether the trial court's Order to Vacate is valid. Appellant has failed to file any response.  Appellee responded on November 16, 2017, stating that the parties had entered into an agreement to set aside the Final Order entered on March 1, 2017.  Therefore, based upon this information, this case is hereby REMANDED to the trial court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/18/2017*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*